NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MERCK SHARP & DOHME, LLC,**
*Plaintiff-Appellee*

**v.**

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellant*

---

2023-1013

---

Appeal from the United States District Court for the Northern District of West Virginia in No. 1:19-cv-00101-IMK, Judge Irene M. Keeley.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint stipulation to dismiss this appeal under Rule 42(b) of the Federal Rules of Appellate Procedure, which the court construes as a joint motion to dismiss,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2                                        MERCK SHARP & DOHME, LLC v.
                                          MYLAN PHARMACEUTICALS INC.

(2)  Each side to bear its own costs.

                                                FOR THE COURT

May 11, 2023                                /s/ Peter R. Marksteiner
    Date                                    Peter R. Marksteiner
                                            Clerk of Court

ISSUED AS A MANDATE:  May 11, 2023